PROB 12C
(6/16)

Report Date: November 18, 2025

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 18, 2025

SEAN F. McAVOY, CLERK

ECF No. 72

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Vernon Mason Saulque, Jr.    Case Number: 0980 2:21CR00150-RLP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: September 13, 2022

Original Offense: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

| | | |
|---|---|---|
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(June 24, 2025) | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: November 7, 2025 |
| Defense Attorney: | John Stephen Roberts, Jr | Date Supervision Expires: May 6, 2028 |

### PETITIONING THE COURT

To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: Mr. Saulque allegedly violated the above-stated condition on or about November 17, 2025, by absconding from the Spokane RRC.<br><br>On November 18, 2025, the undersigned officer received notice from staff at the RRC that Mr. Saulque had failed to return from a recreational walk on the evening of November 17, 2025. Staff report that several calls were placed to Mr. Saulque with no answer. As such, RRC staff considered him to have absconded from the RRC.<br><br>On November 18, 2025, the undersigned officer also attempted to contact Mr. Saulque by telephone with no success. At the time of the writing of this petition, Mr. Saulque's whereabouts are unknown and he is unreachable. Accordingly, Mr. Saulque has made himself unavailable for supervision and is considered to have absconded. |

Prob12C
Re: Saulque, Vernon Mason
November 18, 2025
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/18/2025

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
11/18/2025

Date